IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

WASEEM DAKER,

    Petitioner,

v.

MARTY ALLEN,

    Respondent.

CIVIL ACTION NO.: 4:17-cv-106

## ORDER

By Order dated July 18, 2018, the Court granted Petitioner Waseem Daker's ("Daker") Motion to Vacate and Motion for Reconsideration. (Doc. 28.) The Court re-opened Daker's case and assigned it to Magistrate Judge Baker as the referral judge. (Id. at p. 2.) By this same Order, the Court advised Daker it would "consider what portions of [his] petition state a valid habeas claim" and his motion to consolidate his six (6) habeas cases once the Court regains jurisdiction, either by Daker moving to dismiss his appeal with the Eleventh Circuit Court of Appeals or the Eleventh Circuit issuing a decision and remanding.[1] (Id.)

Because this Court does not currently have jurisdiction in this case, the Court **DISMISSES as moot** Daker's Motion to Amend and Motion to Consolidate Cases, (doc. 23), at this time. Once the Court regains jurisdiction in this case, Daker can re-urge these Motions.

SO ORDERED, this 24th day of August, 2018.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

---

[1] Daker's case remains pending with the Eleventh Circuit. In fact, Daker's motion to proceed *in forma pauperis* in that court was docketed on August 6, 2018. Case No. 18-11384-E (11th Cir. Aug. 6, 2018).